JS-3

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
Assistant United States Attorney
Chief, International Narcotics, Money
 Laundering, & Racketeering Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-5339
     Facsimile: 213-894-0142
     E-mail: shawn.nelson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>              v.<br><br>MARK MORANT, ET AL.<br>[#21-EARL NELSON AND<br>#22 ANTHONY BROOKS],<br><br>             Defendant. | No. 2:00-CR-00465-GHK<br>AMENDED<br><u>ORDER GRANTING MOTION [1210]</u> |

    The Government having moved pursuant to Rule 48 of the Federal Rules of Criminal Procedure to dismiss the indictment against defendants Earl Nelson (#21) and Anthony Brooks (#22), the Court

///

///

///

///

///

hereby orders the indictment to be dismissed as to defendants Earl Nelson (#21) and Anthony Brooks (#22) only.

    IT IS SO ORDERED.

November 14, 2022
DATE

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

/S/ *Shawn J. Nelson*
SHAWN J. NELSON
Assistant United States Attorney